# BORRELLI & ASSOCIATES
## P.L.L.C.

www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 910 Franklin Avenue |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

August 19, 2022

<u>Via ECF</u>
The Honorable Roanne L. Mann
United States Magistrate Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Mike S. Chavez, et al. v. Tribesman Group, Inc., et al.*;
               <u>Docket No.: 21-cv-01981-RLM</u>

Dear Judge Mann:

      As the Court knows, this firm represents Named-Plaintiff Mike S. Chavez and opt-in Plaintiff Hugo Navarez in the above-referenced wage and hour action. On July 15, 2022, the parties participated in a settlement conference before Your Honor (ECF 43), and on July 18, 2022, the parties informed the Court that they all accepted the Court's settlement recommendation. That same day, the Court ordered the parties to submit their settlement agreement to the Court for a *Cheeks* review by today. Thereafter, the parties memorialized their settlement agreement in writing, which is attached hereto for the Court's review.

      We thank the Court for its time and attention to this matter.

                                        Respectfully submitted,

                                        Caitlin Duffy, Esq.
                                           *For the Firm*

To:    All Counsel (*via* ECF)