**ROANNE L. MANN**                    **DATE:** September 7, 2022
**UNITED STATES MAGISTRATE JUDGE**    **START:** 12:15 p.m.
                                                                 **END:** 12:35 p.m.

**DOCKET NO:** 21-cv-1981-RLM

**CASE** Chavez v. Tribesmen Group, Inc. et al

☐ INITIAL CONFERENCE        X OTHER/*CHEEKS* HEARING
☐ DISCOVERY CONFERENCE    ☐ FINAL/PRETRIAL CONFERENCE
☐ SETTLEMENT CONFERENCE   X TELEPHONE CONFERENCE
☐ MOTION HEARING              ☐ INFANT COMPROMISE HEARING

**PLAINTIFFS**                                      **ATTORNEY**

|  |
|---|
| Caitlin Duffy |

**DEFENDANTS**                                  **ATTORNEY**

|  |
|---|
| Jeffrey Briem |

☐ **FACT DISCOVERY TO BE COMPLETED BY** _____
☐ **SETTLEMENT CONFERENCE SCHEDULED FOR** _____
☐ **JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY** _____
☐ **PL. TO SERVE DEF. BY:** _____ **DEF. TO SERVE PL. BY:** _____

**RULINGS:  PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court conducts a telephonic *Cheeks* hearing.  The Court is satisfied that the parties adequately addressed the issues raised in the Court's August 19th Order.  The parties confirmed on the record that any further revisions to the settlement agreement must be approved by the Court and that the Court will not retain jurisdiction to enforce the agreement.  For the reasons stated on the record, this Court concludes that the settlement is fair and reasonable and was reached as a result of arms-length negotiations between the parties, during a settlement conference with this Court.  The [46] motion for settlement approval is granted.  The parties must file their Stipulation of Discontinuance by September 9, 2022.