UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE S. CHAVEZ, on behalf of himself, individually, and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>-against-<br><br>TRIBESMEN GROUP, INC., and ENDY LALLY, individually,<br><br>Defendants. | Docket No.:<br>21-cv-01981 (RLM) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of record for Plaintiffs, Mike Chavez and Hugo Chavez Navarez ("Plaintiffs"), on the one hand, and Defendants Tribesmen Group, Inc. and Endy Lally ("Defendants"), on the other hand, and it is hereby **SO ORDERED** by the Court, that pursuant to Federal Rule of Civil Procedure 41(a)(2), and after conducting a review of the parties' settlement agreement in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), that any and all claims asserted by Plaintiffs in the above-entitled action are hereby dismissed, with prejudice, as against Defendants, without costs or attorneys' fees to any party as against another except as provided for in the parties' settlement agreement.

**IT HEREBY FURTHER STIPULATED AND AGREED**, that this Stipulation may be executed by facsimile or electronic transmission, and in two or more counterparts, and each of such counterparts, for all purposes, shall be deemed to be an original, but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart.

| | |
|---|---|
| Dated: Garden City, New York<br>September 8, 2022 | Dated: Scarsdale, New York<br>September 8, 2022 |
| BORRELLI & ASSOCIATES, P.L.L.C. | Jones LLP |
| By _____<br>Caitlin Duffy, Esq.<br>910 Franklin Avenue, Suite 200<br>Garden City, New York 11530<br>(516) 248-5550<br>CD@employmentlawyernewyork.com<br>*Attorneys for Plaintiffs* | By _____<br>Jeffrey Briem, Esq.<br>670 White Plains Road<br>Scarsdale, New York 10508<br>(914) 713-9311<br>jbriem@joneslawllp.com<br>*Attorneys for Defendants* |

So Ordered:

Dated: _____
Brooklyn, New York

_____
The Honorable Roanne L. Mann, U.S.M.J.